IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KARA BROWN, for herself and others similarly situated, | : | |
| Plaintiff, | | |
| v. | : | Case No. 3:18-cv-350 |
| | | JUDGE WALTER H. RICE |
| ZIKS HOME HEALTHCARE SOLUTIONS, LLC, *et al.*, | : | |
| Defendants. | | |

DECISION AND ENTRY SUSTAINING PLAINTIFF'S UNOPPOSED MOTION TO COMPEL DEFENDANTS ZIKS HOME HEALTHCARE SOLUTIONS, LLC, ZIKS HOME HEALTHCARE, LLC, AND NNODUM IHEME TO ANSWER INTERROGATORIES AND PRODUCE REQUESTED DOCUMENTS (DOC. #25); DEFENDANTS TO RESPOND WITHIN 30 CALENDAR DAYS

Pursuant to Fed. R. Civ. P. 37, the Court SUSTAINS Plaintiff's unopposed Motion to Compel Defendants Ziks Home Healthcare Solutions, LLC, Ziks Home Healthcare, LLC, and Nnodum Iheme to Answer Interrogatories and Produce Requested Documents. Doc. #25. Defendants are ordered to respond to these outstanding discovery requests within 30 calendar days of the date of this Decision and Entry.

Date: December 10, 2020	*Walter H. Rice* (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE