# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| KARA BROWN, | Case No. 3:18-cv-350 |
| Plaintiff, | |
| vs. | District Judge Michael J. Newman |
| | Magistrate Judge Sharon L. Ovington |
| ZIKS HOME HEALTHCARE SOLUTIONS, LLC, *et al.*, | |
| Defendants. | |

# ORDER

This matter is before the Court on the Joint Motion to Vacate the Amended Pretrial Order and Schedule Case Management Conference. For good cause shown, the Joint Motion (Doc. No. 38) is hereby **GRANTED**. All current dates and deadlines set forth in this Court's Amended Pretrial Order (Doc. No. 37) are **VACATED** and this matter shall be **STAYED** until April 1, 2022. On or before April 1, 2022, the parties shall inform the Court whether the Department of Labor has completed its investigation.

**IT IS SO ORDERED**.

January 25, 2022

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge