UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KARA BROWN,

    Plaintiff,

vs.

ZIKS HOME HEALTHCARE
SOLUTIONS, LLC, *et al.*,

    Defendants.

Case No. 3:18-cv-350

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

### ORDER: (1) CONDITIONALLY DISMISSING THIS CASE; AND (2) TERMINATING THIS CASE ON THE DOCKET

---

The parties in this case, brought under the Fair Labor Standards Act ("FLSA"), have reportedly settled their dispute subject to the Court's approval of their settlement agreement. However, after the parties entered into their settlement agreement, the Court determined—in another FLSA case—"district courts do not have authority to reject or approve FLSA settlements, based on the text of the statute itself and precedent established in the Supreme Court and the Sixth Circuit." *Cummins v. Midmark Corp.*, No. 3:23-cv-277, 2024 WL 3405458, at *1 (S.D. Ohio July 9, 2024) (citing *Gilstrap v. Sushinati LLC*, No. 1:22-cv-434, 2024 WL 2197824, at *2-12 (S.D. Ohio May 15, 2024)). Accordingly, this case is hereby **DISMISSED**, with prejudice as to all parties, provided that any party may, within **thirty (30) days**, file a motion to reopen the action if any matters remain pending or unresolved, and the case is terminated on the docket.

**IT IS SO ORDERED.**

  October 8, 2024                                        s/*Michael J. Newman*
                                                                                  Hon. Michael J. Newman
                                                                                  United States District Judge